OFFICE OF DISCIPLINARY COUNSEL *v.* KEARNS.

[Cite as *Disciplinary Counsel v. Kearns* (1993), 67 Ohio St.3d 77.]

(No. 93–456—Submitted April 20, 1993—Decided August 11, 1993.)

*J. Warren Bettis,* Disciplinary Counsel, and *Sally Ann Steuk,* Assistant Disciplinary Counsel, for relator.

*George H. Kearns, pro se.*

---

*Per Curiam.* Upon review of the record, we agree with the findings and recommendation of the board. George H. Kearns is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.